IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BISHOP ANTHONEE J. PATTERSON, individually and on behalf of the General Assembly of the Church of the Lord Jesus Christ of the Apostolic Faith,<br><br>Petitioner,<br><br>v.<br><br>KENNETH SHELTON, et al.<br><br>Respondents. | MISCELLANEOUS ACTION<br>NO. 16-mc-168 |

## ORDER

**AND NOW**, this 11th day of August 2017, upon consideration of Respondents' Joint Motion to Dismiss (Doc. No. 13), Petitioner's Response in Opposition (Doc. No. 20), Respondents' Reply (Doc. No. 21), and in accordance with the Opinion issued this day, it is **ORDERED** that the Motion to Dismiss (Doc. No. 13) is **GRANTED**. The Clerk of Court shall close this matter for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.